**Leonard P. ENOIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38249.**

Missouri Court of Appeals,
Western District.

Dec. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

## ORDER

**PER CURIAM:**

Appeal from dismissal of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Bobby W. BRIGGS, Appellant.**

**No. WD 38309.**

Missouri Court of Appeals,
Western District.

Dec. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Marilyn Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and MANFORD, JJ.

## ORDER

**PER CURIAM.**

Bobby W. Briggs appeals from his conviction of stealing from the person. Section 570.030, RSMo Cum.Supp.1984.

Affirmed. Rule 30.25(b)